## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:17 mj 136

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **IGNACIO LUNA CRUZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the Government's Motion to Unseal this Case [# 11]. The Court **GRANTS** the motion [# 11] and orders that this case be unsealed.

Signed: November 7, 2017

Dennis L. Howell
United States Magistrate Judge